160 A.3d 194

**Craig SAUNDERS, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, State Correctional Institution at Rockview, Appellees**

**No. 34 EAP 2016**

Supreme Court of Pennsylvania.

April 26, 2017

Craig Saunders, pro se.

Theron Richard Perez, Maria Gerarda Macus, Pennsylvania Department of Corrections, 1920 Technology Parkway, Mechanicsburg, PA 17050, for Appellees.

## ORDER

PER CURIAM

**AND NOW,** this 26th day of April, 2017, the Order of the Commonwealth Court is **AFFIRMED.**